# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DATE:** 11/21/05

**DIGITAL RECORDING:** 3:33 - 3:40

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NO. 2:05CR269-T-CSC | DEFT. NAME: NATASHA RISAY HOWARD |
| USA: ANDREW SCHIFF | ATTY: THOMAS GOGGANS |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO; |
| USPTSO/USPO: TAMARA MARTIN | |
| Defendant ___ does ✓ does NOT need an interpreter; | |
| Interpreter present ✓ NO ___ YES   NAME: | |

- ✓ Kars.   Date of Arrest **11/21/05**   or   ☐ karsr40
- ✓ kia.    Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ✓ kcnsl.  Deft. First Appearance with Counsel
- ☐       Requests appointed Counsel  ✓ ORAL MOTION for Appointment of Counsel
- ✓ Finaff. Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization  - **Notice to be filed.**
- ✓ 20appt. Panel Attorney Appointed; ✓ to be appointed - prepare voucher
- ☐       Deft. Advises he will retain counsel.  Has retained _____
- ☐       Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐       Government's WRITTEN Motion for Detention Hrg. filed.
- ☐       **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ Prelim. Hrg ☐ Set for_____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.  ORDER OF DETENTION PENDING TRIAL entered
- ✓ kocondrls. Release order entered. ✓ Deft. advised of conditions of release.
- ✓ kbnd.   ✓ BOND EXECUTED (M/D AL charges) $ **25,000**   Deft released (kloc LR)
- ☐       ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐       Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ karr.  ARRAIGNMENT SET FOR:_____  ✓ HELD. Plea of **NOT GUILTY** entered.
  ☐ Trial Term **1/23/06**; ☐ PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: **11/28/05**
- ☐ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt  Waiver of Speedy Trial Act Rights Executed.