IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR NO. 2:05cr269-T |
| | ) |
| NATASHA RISAY HOWARD | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given that pursuant to this Court's appointment under the Criminal Justice Act the defendant will be represented by Thomas M. Goggans.

        **s/Thomas M. Goggans**
        Thomas M. Goggans
        Ala. S.J.I.S. GOG001
        2030 East Second Street
        Montgomery AL 36106
        PH: 334.834.2511
        FX: 334.834.2512

        Attorney for Defendant
        Natasha Risay Howard

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 1st day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to the following: **Andrew O. Schiff**

        **s/ Thomas M. Goggans**
        Ala.  S.J.I.S. GOG001
        2030 East Second Street
        Montgomery AL 36106
        PH: 334.834.2511
        FX: 334.834.2512
        e-mail: tgoggans@tgoggans.com

        Attorney for Defendant
        Natasha Risay Howard