IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR NO. 2:05cr269-T |
| | ) | |
| NATASHA RISAY HOWARD | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, Natasha Risay Howard, after being advised of her

right to a speedy trial as guaranteed her by the Sixth Amendment to the United States

Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives her

right to a speedy trial as to the January 23, 2005 trial term.

Natasha Risay Howard

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 8th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to the following: **Andrew O. Schiff**

**s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Natasha Risay Howard