IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR269-T |
| | ) | |
| NATASHA RISAY HOWARD | ) | |

### **ORDER**

Upon consideration of the defendant's waiver of speedy trial (doc. # 12) filed on December 8, 2005, and for good cause, it is

ORDERED that the trial of this case be and is hereby CONTINUED from January 23, 2006, to February 13, 2006. All applicable deadlines are modified accordingly. The January 3, 2006, pretrial conference is NOT changed.

The court finds that a continuance of this case, which will afford counsel more time for trial preparation and will advance the resolution of this case prior to trial, serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Done this 9th day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE