| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 1:15 - 1:16 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Charles S. Coody | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr269-LSC | **DEFENDANT(S)** Natasha Risay Howard |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Andrew Schiff | * | Christine Freeman standing in for Thomas Goggans |

❒ **DISCOVERY STATUS:**
   Completed

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
   Plea negotiations - will plea

❒ **TRIAL STATUS**
   Trial time - 1 day

❒ **REMARKS:**