IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05-cr-00269-LSC-CSC |
| | ) |
| NATASHA RISAY HOWARD | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

  Comes now Defendant Natasha Risay Howard, by and through counsel, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty.  Defendant waives her right to plead in front of a district judge and consents to do so before a magistrate judge.  A written plea agreement will be filed within the next few days.

                Thomas M. Goggans
                Ala. S.J.I.S. GOG001
                2030 East Second Street
                Montgomery AL 36106
                PH: 334.834.2511
                FX: 334.834.2512

                Attorney for Defendant
                Natasha Risay Howard

CERTIFICATE OF SERVICE

I herby certify that on January 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew O. Schiff, Assistant United States Attorney.

Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Natasha Risay Howard