| COURTROOM DEPUTY MINUTES DATE: 2/6/06 | FTR RECORDING: 4:28 - 4:39 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JAMES DICKENS |

❏ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: *WANDA STINSON* |
|---|---|
| CASE NUMBER: *2:05CR269-LSC-CSC* | DEFENDANT NAME: NATASHA RISAY HOWARD |
| AUSA: ANDREW O. SCHIFF | DEFENDANT ATTY: THOMAS GOGGANS |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPO: JACKIE CAPLE | |
| Defendant ___ does  √ does NOT need and interpreter.   Interpreter Name: _____ | |

---

❏   This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏   Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏   **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.

❏   **WAIVER OF INDICTMENT** executed and filed.

❏   **FELONY INFORMATION** filed.

❏   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

   √ Guilty as to:   √ Count(s) __1__  of the **Indictment**

   ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

   ❏ To be dismissed at sentencing.

√   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏   No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

   ❏ **ORDERED SEALED.**

√   **ORAL ORDER** Adjudicating defendant guilty.

√   **ORDER:** Defendant Continued under √ same Conditions/Bond  imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order

❏   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.